# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM, | Case No. 1:22-cv-00209-JLT-SAB |
| Plaintiff, | ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| TRACTOR SUPPLY COMPANY, | (ECF No. 8) |
| Defendant. | **DEADLINE: JUNE 21, 2022** |

On May 26, 2022, the parties filed a notice of settlement, in which they indicate they have "reached a settlement in principle in this action. (ECF No. 8.) The parties proffer a formal settlement agreement will be prepared and executed and they will file the executed stipulation of dismissal "once all of the appropriate signatures have been obtained."

The parties are reminded that, pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b). The parties state they will file the notice of dismissal once the settlement agreement is fully executed but they do not request additional time to file the dispositional documents, nor do they proffer additional time is required in order to do so. Accordingly, the Court finds no showing of good cause to extend the Rule 160 deadline and shall order dispositional documents be filed within twenty-one days. Further, the parties are advised that no further extensions of time shall be granted absent a strong showing of good cause, and are reminded that "[a] failure to file dispositional papers on the date prescribed by the

Court may be grounds for sanctions." Id. (citing E.D. Cal. L.R. 272). Finally, the parties are advised that once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, the Court does not retain jurisdiction to oversee that the parties comply with the terms of the settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents no later than **June 21, 2022**.

IT IS SO ORDERED.

Dated:   **May 27, 2022**                                   _____
                                                            UNITED STATES MAGISTRATE JUDGE