# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>    Plaintiff,<br><br>    v.<br><br>TRACTOR SUPPLY COMPANY,<br><br>    Defendant. | Case No. 1:22-cv-00209-JLT-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING MOTION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF Nos. 9, 10, 11)<br><br>DEADLINE: JULY 15, 2022 |

On May 27, 2022, the Court ordered the parties to file dispositional documents on or before June 21, 2022. (ECF No. 9.) On June 22, 2022, the Court issued an order to show cause why sanctions should not issue for the failure to file dispositional documents by the deadline. (ECF No. 10.) On June 28, 2022, Defendant filed a response to the order to show cause indicating that: Defendant's counsel has been assisting the *pro se* Plaintiff with filings out of professional courtesy; Defendant's counsel misread the deadline for filing dispositional documents; and the parties have now finalized the settlement and request until July 15, 2022 to file the dispositional documents. (ECF No. 11.) The Court finds good cause to grant the requested extension and discharge the order to show cause.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The June 22, 2022 order to show cause (ECF No. 10) is DISCHARGED;
2. The motion to extend the time to file dispositional documents (ECF No. 11) is GRANTED; and
3. The parties shall file dispositional documents on or before July 15, 2022.

IT IS SO ORDERED.

Dated:   **June 29, 2022**

UNITED STATES MAGISTRATE JUDGE

2